# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

# Minute Order

### *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | BRANDON ZETO | | |
| **Case Number:** | 12-00639-LT13 | **Chapter:** | 13 |
| **Date / Time / Room:** | THURSDAY, FEBRUARY 16, 2012 10:00 AM   DEPARTMENT 3 | | |
| **Bankruptcy Judge:** | LAURA S. TAYLOR | | |
| **Courtroom Clerk:** | SHAWNA DAHL | | |
| **Reporter / ECR:** | CONNIE MIHOS | | |

### *Matter:*

MOTION TO EXTEND AUTOMATIC STAY FILED ON BEHALF OF BRANDON ZETO

### *Appearances:*

### *Disposition:*

Granted pursuant to Court's Tentative Ruling.  Order to be submitted by: Shammam